JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE IMPORTS, INC., a California Corporation<br>   Plaintiff,<br><br>   v.<br><br>5150 WHIPS, INC., a California Corporation<br>   Defendant. | Case No.: 5:21-cv-1130-AB (MRWx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

|   |   |
|---|---|
| 1 | The Court, having reviewed the parties' joint stipulation for dismissal with prejudice of the entire action, (Dkt. Nos. 34, 37), hereby **ORDERS** this action **DISMISSED WITH PREJUDICE** in its entirety, including all claims and counterclaims, pursuant to Rule 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs. |

**IT IS SO ORDERED.**

Date: May 31, 2022

_____
Honorable André Birotte Jr.
United States District Judge